UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., | : |
| | : CIV. CASE NO. 3-25-CV-025-SFR |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PRASHANTH MYLA, | : |
| | : |
| Defendant. | : JANUARY 24, 2025 |

## NOTICE OF APPEARANCE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Prashanth Myla hereby states that there is no corporate defendant in this case.

**PRASHANTH MYLA**

By: /s/ Glenn A. Duhl
    Glenn A. Duhl ct03644
    Zangari Cohn Cuthbertson Duhl & Grello P.C.
    59 Elm Street, Suite 400
    New Haven, CT 06510
    Tel.: (203) 786-3709
    Fax: (203) 782-2766
    gduhl@zcclawfirm.com