**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:25-cv-00025 |
| ) | |
| PRASHANTH MYLA, ) | |
| ) | |
| Defendant. ) | FEBRUARY 20, 2025 |

### MOTION TO BE EXCUSED FROM COURT PROCEEDINGS

Pursuant to Local Rule 83.1(d)(2), the undersigned counsel requests permission to be excused from attendance in Court and participation in other proceedings before the Court in this matter. Undersigned counsel is sponsoring attorney for Attorney Nathan Chapman and Attorney Chadwick Williams, both of whom were admitted pro hac vice on January 14, 2025.

**CHARTER COMMUNICATIONS, INC.**

By: */s/Patricia E. Reilly*
    Patricia E. Reilly – ct08352
    preilly@harrisbeachmurtha.com

**HARRIS BEACH MURTHA CULLINA PLLC**
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone: (203) 772-7700
Facsimile: (203) 772-7723

**KABAT CHAPMAN & OZMER LLP**

Nathan D. Chapman (*pro hac vice*)
Chadwick L. Williams (*pro hac vice*)
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333
nchapman@kcozlaw.com
cwilliams@kcozlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2025, a true and correct copy of the foregoing document has been filed electronically and served on the parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filings. Parties may access this filing through the Court's CM/ECF system.

/s/ Patricia E. Reilly
Patricia E. Reilly

15721821.v1