# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:25-cv-00025-SFR |
| ) | |
| PRASHANTH MYLA, ) | |
| ) | |
| Defendant. ) | March 3, 2025 |
| ) | |

## JOINT STIPULATION AND MOTION
## TO APPROVE EXPEDITED DISCOVERY AGREEMENT

Plaintiff Charter Communications, Inc. ("Charter") and Defendant Prashanth Myla ("Myla") submit this Joint Stipulation and Motion to approve Expedited Discovery Agreement, and respectfully ask the Court to adopt and approve this Stipulation as a court order.

WHEREAS, on January 7, 2025, Charter filed its complaint against Myla and subsequently filed an emergency motion for a temporary restraining order and preliminary injunction ("TRO/PI Motion"). (Docs. 1, 18.)

WHEREAS, on January 29, 2025, Myla filed a motion to dismiss or to transfer. (Doc. 27.) After briefing and oral argument, the Court denied Myla's motion and ordered the Parties to confer on dates for an evidentiary hearing on Charter's TRO/PI Motion. (Docs. 43, 44.) The Parties and the Court are in the process of setting Charter's TRO/PI Motion for a Preliminary Injunction hearing.

WHEREAS, the Parties agree that limited, expedited discovery is appropriate and necessary in advance of the evidentiary hearing.

WHEREAS, after conferral, the Parties have reached agreement concerning an expedited discovery schedule, and the Parties agree that good cause exists to confirm the Stipulation and approve and adopt it as a court order:

1

1. Each side shall be limited to serving 10 interrogatories and 10 requests for production. All requests must be served by **March 7, 2025**, and all responses must be served by **March 27, 2025**.

2. Each side shall be limited to five depositions, which shall be conducted virtually, pursuant to the Federal Rules of Civil Procedure. All depositions must be completed five business days prior to the hearing on Charter's Motion for a Preliminary Injunction.

3. The Parties shall be bound by the Court's Standing Protective Order (Doc. 7). To the extent documents that Mr. Myla has previously viewed, accessed or contributed to have been redacted and are marked by Charter as "Attorneys' Eyes Only", the Parties agree that only Mr. Myla and his counsel are permitted to view such documents.

4. The Parties may issue third-party subpoenas for documents or depositions as necessary or appropriate.

Dated: March 3, 2025

*/s/ Nathan D. Chapman*  
Nathan D. Chapman (*pro hac vice*)  
Georgia Bar No. 244954  
Chadwick L. Williams (*pro hac vice*)  
Georgia Bar No. 161149  
KABAT CHAPMAN & OZMER LLP  
171 17th Street NW, Suite 1550  
Atlanta, Georgia 30363  
Telephone: (404) 400-7300  
Facsimile: (404) 400-7333  
nchapman@kcozlaw.com  
cwilliams@kcozlaw.com  

and

*/s/ Glenn A. Duhl*  
Glenn A. Duhl ct03644  
Elizabeth A. Ditman ct31718  
Zangari Cohn Cuthbertson Duhl & Grello P.C.  
59 Elm Street, Suite 400  
New Haven, CT 06510  
GAD.: (203) 786-3709  
EAD: (203) 786-3717  
Fax: (203) 782-2766  
gduhl@zcclawfirm.com  
lditman@zcclawfirm.com  

and

Patricia Reilley  
Fed. Bar No. 08352  
Emily McDonough Souza  
Fed Bar No. 30499  
MURTHA CULLINA LLP  
One Century Tower, 265 Church St.  
9th Floor  
New Haven, CT 06510  
Telephone: 203-772-7700  
Facsimile: 203-772-7723  
preilly@murthalaw.com  

*Attorneys for Plaintiff*

Jacqueline Guesno, Pro Hac Vice  
HKM Employment Attorneys, LLP  
518 17th Street, Suite 1100  
Denver, Colorado 80202  
Tel.: (720) 668-8989  
jguesno@hkm.com  

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically and served with the Court's CM/ECF system upon the following:

Glenn A. Duhl
gduhl@zcclawfirm.com
ZANGARI COHN CUTHBERTSON DUHL & GRELLO P.C.
59 Elm Street, Suite 400
New Haven, Connecticut 80202

Elizabeth Ditman
Lditman@zcclawfirm.com
ZANGARI COHN CUTHBERTSON DUHL & GRELLO P.C.
59 Elm Street, Suite 400
New Haven, Connecticut 80202

Jacqueline Guesno
jguesno@hkm.com
HKM EMPLOYMENT ATTORNEYS, LLP
518 17th Street, Suite 1100
Denver, Colorado 80202

*Attorneys for Defendant*

Dated: March 3, 2025

*s/ Nathan D. Chapman*
Nathan D. Chapman