**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:25-cv-00025-SFR |
| ) | |
| PRASHANTH MYLA, ) | |
| ) | |
| Defendant. ) | March 31, 2025 |
| ) | |
| ) | |
| ) | |

## PLAINTIFF CHARTER COMMUNICATIONS INC.'S MOTION TO DISMISS COUNTERCLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Parties' Restricted Stock Unit and Nonqualified Stock Option Agreements (the "Agreements"), Charter Communications, Inc. ("Charter") moves the Court to dismiss Defendant Prashanth Myla's ("Myla") counterclaim (Doc. 51).

Charter filed this lawsuit pursuant to a narrow exception set forth in the Parties' Agreements, which allows the Parties to seek emergency provisional relief in Court. The Agreements make clear that all other disputes between the Parties—including those related to "interpretation, performance or breach"—must be resolved in binding arbitration. Consistent with these strictures, Charter is separately pursuing its claims for money damages against Myla in arbitration, and Myla has filed a counterclaim in that proceeding seeking statutory and money damages against Charter.

Notwithstanding, Myla filed the instant Counterclaim, which is nearly identical to the one he submitted in the arbitration. And, unlike Charter's claims in this lawsuit, Myla's Counterclaim

seeks money damages and does not request a temporary restraining order or a preliminary injunction. Pursuant to the plain terms of the Parties' Agreements, Myla's Counterclaim must be dismissed because it is bound to (and already proceeding in) binding arbitration. For these reasons and those set forth in the accompanying supporting memorandum, the Court should grant this Motion and dismiss Myla's Counterclaim pursuant to Rule 12(b)(6) and the Agreements.

Dated: March 31, 2025

**KABAT CHAPMAN & OZMER LLP**

*/s/ Nathan D. Chapman*
Nathan D. Chapman (*pro hac vice*)
Georgia Bar No. 244954
Chadwick L. Williams (*pro hac vice*)
Georgia Bar No. 161149
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333
nchapman@kcozlaw.com
cwilliams@kcozlaw.com
*Attorneys for Plaintiff*

**MURTHA CULLINA LLP**
Patricia Reilley
Fed. Bar No. 08352
Emily McDonough Souza
Fed Bar No. 30499
One Century Tower, 265 Church St.
9th Floor
New Haven, CT 06510
Telephone: 203-772-7700
Facsimile: 203-772-7723
preilly@murthalaw.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed electronically and served with the Court's CM/ECF system upon the following:

Glenn A. Duhl
gduhl@zcclawfirm.com
ZANGARI COHN CUTHBERTSON DUHL & GRELLO P.C.
59 Elm Street, Suite 400
New Haven, Connecticut 80202

Elizabeth Ditman
Lditman@zcclawfirm.com
ZANGARI COHN CUTHBERTSON DUHL & GRELLO P.C.
59 Elm Street, Suite 400
New Haven, Connecticut 80202

Jacqueline Guesno
jguesno@hkm.com
HKM EMPLOYMENT ATTORNEYS, LLP
518 17th Street, Suite 1100
Denver, Colorado 80202

*Attorneys for Defendant*

Dated: March 31, 2025

                                            *s/ Nathan D. Chapman*
                                            Nathan D. Chapman