AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Charter Communications, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-cv-00025-SFR |
| Prashanth Myla | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charter Communications, Inc.

Date: 03/21/2025

*Attorney's signature*

Daniel L. Reisner - PHV 208576
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
*Address*

daniel.reisner@arnoldporter.com
*E-mail address*

(212) 836-8132
*Telephone number*

(212) 836-8689
*FAX number*