# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:25-cv-00025-SFR |
| ) | |
| PRASHANTH MYLA, ) | |
| ) | |
| Defendant. ) | April 17, 2025 |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Charter Communications, Inc. ("Charter") and Defendant Prashanth Myla ("Myla") hereby agree to voluntarily dismiss this action, in its entirety, *with prejudice*, including Charter's claims and Myla's counterclaim. The Parties, accordingly, submit this Joint Stipulation of Dismissal with Prejudice, with each party to bear its own attorneys' fees and costs.

Dated: April 17, 2025

| **FOR PLAINTIFF:** | **FOR DEFENDANT:** |
|---|---|
| *s/ Nathan D. Chapman* | *s/ Jacqueline Guesno* |
| Nathan D. Chapman (*pro hac vice*) | Jacqueline Guesno, Pro Hac Vice |
| Georgia Bar No. 244954 | HKM Employment Attorneys, LLP |
| Chadwick L. Williams (*pro hac vice*) | 518 17th Street, Suite 1100 |
| Georgia Bar No. 161149 | Denver, Colorado 80202 |
| KABAT CHAPMAN & OZMER LLP | Tel.: (720) 668-8989 |
| 171 17th Street NW, Suite 1550 | jguesno@hkm.com |
| Atlanta, Georgia 30363 | |
| Telephone: (404) 400-7300 | and |
| Facsimile: (404) 400-7333 | |
| nchapman@kcozlaw.com | Glenn A. Duhl ct03644 |
| cwilliams@kcozlaw.com | Elizabeth A. Ditman ct31718 |
| | Zangari Cohn Cuthbertson Duhl & Grello P.C. |
| and | 59 Elm Street, Suite 400 |

1

Daniel Reisner (*pro hac vice*)
ARNOLD & PORTER
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8132
Facsimile: (212) 836-6432
Daniel.Reisner@arnoldporter.com

Patricia Reilley
Fed. Bar No. 08352
Emily McDonough Souza
Fed Bar No. 30499
MURTHA CULLINA LLP
One Century Tower, 265 Church St.
9th Floor
New Haven, CT 06510
Telephone: 203-772-7700
Facsimile: 203-772-7723
preilly@murthalaw.com

*Attorneys for Plaintiff*

New Haven, CT 06510
GAD.: (203) 786-3709
EAD: (203) 786-3717
Fax: (203) 782-2766
gduhl@zcclawfirm.com
lditman@zcclawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, the foregoing was filed electronically in the CM/ECF system and served on all registered participants as identified on the Notice of Electronic Filing.

*s/ Nathan D. Chapman*

Nathan D. Chapman